| | |
|---|---|
| 1 | Joseph R. Manning, Jr., Esq. (SBN 223381) |
| 2 | **MANNING LAW, APC** |
|   | 20062 SW Birch St., Suite 200 Newport Beach, CA 92660 |
| 3 | Tel: (949) 200-8755 Fax: (866) 843-8308 |
| 4 | DisabilityRights@manninglawoffice.com |
| 5 | Attorneys for Plaintiff: |
|   | JAMES RUTHERFORD |
| 6 | |
| 7 | Keith Rozanski (SBN 232330) |
| 8 | *krozanski@hbblaw.com* |
|   | **HAIGHT BROWN & BONESTEEL LLP** |
| 9 | 555 South Flower Street, Forty-Fifth Floor |
| 10 | Los Angeles, California 90071 |
|    | Telephone: 213.542.8000 |
| 11 | Facsimile: 213.542.8100 |
| 12 | |
|    | Attorneys for Defendant |
| 13 | FRANKLIN REAL ESTATE, L.P. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:20-cv-01432-GW-SHK |
| | Hon. George H. Wu |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| | Complaint Filed: July 20, 2020 |
| FRANKLIN REAL ESTATE, L.P., a Delaware limited partnership; and DOES 1-10, inclusive, | Trial Date: None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, JAMES RUTHERFORD, and Defendant, FRANKLIN REAL ESTATE, L.P., (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: November 4, 2020            **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff,
Anthony Bouyer

Dated: November 4, 2020            **HAIGHT BROWN & BONESTEEL LLP**

By: */s/ Michael B. Wilson*
Michael B. Wilson
Attorney for Defendant,
Franklin Real Estate, L.P.

### CERTIFICATE OF SERVICE

I certify that on November 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 4, 2020            **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
James Rutherford