Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff: JAMES RUTHERFORD

Keith Rozanski (SBN 232330)
krozanski@hbblaw.com
**HAIGHT BROWN & BONESTEEL LLP**
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA. 90071
Tel: 213.542.8000/ Fax: 213.542.8100

Attorneys for Defendants: FRANKLIN REAL ESTATE, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN REAL ESTATE, L.P., a Delaware limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01432-GW-SHK<br><br>Hon.  George H. Wu<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 20, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and FRANKLIN REAL ESTATE, L.P. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 26, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED: January 26, 2021

**HAIGHT BROWN & BONESTEEL LLP**

By: /s/ *Keith Rozanski*
    Keith Rozanski
    Attorneys for Defendant
    Franklin Real Estate, L.P

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 26, 2021        By: /s/ *Joseph R. Manning, Jr.*