JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, | Case No. EDCV 20-1432-GW-SHKx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| FRANKLIN REAL ESTATE L.P., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 26, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE